

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2018

No. 04-18-00077-CV

**IN RE** Walker **SCHMIDT** and Awesome Services, LLC d/b/a South Texas Investments

Original Mandamus Proceeding[1]

### ORDER

Sitting: Sandee Bryan Marion, Chief Justice
     Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice

On February 12, 2018, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and real parties in interest may file a response to the petition for writ of mandamus in this court **no later than March 1, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on February 14, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-03-0144-CVA, styled *Schmidt Oilfield Services Venture and Berry Contracting, LP d/b/a Bay, Ltd. v. Walker Schmidt, et al.*, pending in the 218th Judicial District Court, Bexar County, Texas. The Honorable David Berchelmann signed the order at issue in this proceeding.